

# NUMBER 13-25-00439-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE ALFRED DALE VEGIA

## ON APPEAL FROM THE 343RD DISTRICT COURT
## OF SAN PATRICIO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Chief Justice Tijerina**

This cause is before the Court on its own motion. On August 20, 2025, pro se appellant filed a notice of appeal in case number S-25-5480CV-C. We are now of the opinion that appellant has abandoned the appeal.

On March 12, 2026, after appellant failed to file a brief or otherwise respond to the notices, we abated the appeal and remanded the case to the trial court for it to determine whether appellant was entitled to court-appointed counsel, whether the appeal is moot,

and whether appellant desires to prosecute the appeal. *See* TEX. R. APP. P. 38.8(b)(4). Upon review of the trial court's findings, it determined the appeal is now moot.

Accordingly, based on the trial court's findings of abandonment and appellant's failure to file a brief, the appeal is reinstated and hereby dismissed for want of prosecution. *See id.*

JAIME TIJERINA
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of June, 2026.